UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOIS CRAIG | : | CIVIL CASE NO. |
|     Plaintiff | : | 3:16CV2100(JCH) |
| | : | |
| v. | : | |
| | : | |
| MENTAL HEALTH & ADDICTION SVCS | : | |
| ET AL | : | OCTOBER 25, 2017 |
|     Defendants | : | |

## ORDER TO SHOW CAUSE

The plaintiff's counsel, Richard Gordon is hereby **ORDERED TO SHOW CAUSE** why he should not be held in contempt of court for failure to appear at the Hearing Re: Order to Show Cause, scheduled for 9/27/2017 at 11:00 a.m. (See Docket Entry No. 58) and for failure to respond to the Court's previous Order To Show Cause (See Docket Entry No. 62). Attorney Gordon should file his response by **November 1, 2017**. Failure to respond by said date will result in Attorney Gordon being held in contempt of court.

**SO ORDERED**.

Dated at New Haven, Connecticut this 25th day of October, 2017.

/s/Janet C. Hall
Janet C. Hall
United States District Judge